# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America

           Plaintiff (s)

    vs.

Robert Tequan Nappi

           Defendant(s)

:    Criminal No. 98-728   (KSH)

:

:    **ORDER OF RELEASE**

:

This matter having come before the Court by way of a petition for violation of supervised release as to defendant Robert Nappi; and the Court having considered the matter and having heard argument and rendered its decision on the record on July 9, 2009; and good cause having been shown,

It is on this 9th day of July, 2009

**ORDERED** that United States Marshals Service are directed to release defendant Robert Tequan Nappi from Federal custody. It is further,

**ORDERED** that detainer previously set is hereby released.

_____
KATHARINE S. HAYDEN    U.S.D.J.