UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 98-728 |
| ROBERT TEQUAN NAPPI | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Robert Tequan Nappi (David Holman, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release, which commenced on October 9, 2007; and the defendant having waived the preliminary hearing and having entered a guilty plea on July 9, 2009 to having violated the condition of his supervised release that required that he report to the probation officer as directed by the Court or probation officer, as charged in Count 1 of the Petition filed April 23, 2009; and for good cause shown;

IT IS on this 16 day of July, 2009,

ORDERED that the defendant is adjudged guilty of Count 1 of the Petition, which charges that he failed to report to the probation officer as directed;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby sentenced to a period of time served, with an additional term of supervised release to expire on October 8, 2010;

IT IS FURTHER ORDERED that Counts 2, 3, 4, and 5 of the Petition

are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

```
_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge
```